# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6008
Owners: Maria De La Luz S. Rodriguez, *et al.*
Acres: 0.795

**Being** a 0.795 of one acre (34,637 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of the remainder of a called 3 acre tract out of Share 19-A as described in Deed of Conveyance recorded in Volume 174, Page 299, Deed Records of Starr County, Texas (First), being the same tract of land conveyed to Filiberto Sepulveda by Warranty Deed recorded in Volume 182, Page 398, Deed Records of Starr County, Texas, being the same tract of land conveyed to Maria De La Luz S. Rodriguez by Correction Deed recorded in Volume 495, Page 382, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Maria de la Luz Rodriguez, et al by Affidavit of Heirship recorded in Volume 1538, Page 745 and Volume 1538, Page 751, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod at the northeast corner of the 3 acre tract, the southeast corner of the remainder of a called 22.86 acre tract conveyed to Starr Produce Company by Warranty Deed with Vendor's Lien recorded in Volume 512, Page 667, Official Records of Starr County, Texas (Share 19-A) and the southeast corner of a called 15' wide easement and right-of-way described in Deed of Conveyance recorded in Volume 174, Page 299, Deed Records of Starr County, Texas (Second), said point being in the west line of a called 15.27 acre tract conveyed to Jose Maria Reyes, et al by Partition Deed recorded in Volume 171, Page 36, Deed Records of Starr County, Texas (Share 15), said point having the coordinates of N=16658969.423, E=854296.760, said point bears S 54°19'14" W, a distance of 1601.53' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** N 81°52'03" W (West, Record), departing the west line of the 15.27 acre tract, with the north line of the 3 acre tract, the south line of the remainder of the 22.86 acre tract and the south line of the 15' wide easement and right-of-way, passing at 15.00' the southwest corner of the 15' wide easement and right-of-way, continuing for a total distance of 601.88' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6007-1=6008-1" for the **Point of Beginning** and northeast corner of Tract RGV-RGC-6008, said point being in the north line of the 3 acre tract and the south line of the remainder of the 22.86 acre tract, said point having the coordinates of N=16659054.567, E=853700.937;

**<u>SCHEDULE C (Cont.)</u>**

**Thence:** departing the south line of the remainder of the 22.86 acre tract, over and across the remainder of the 3 acre tract, the following courses and distances:

- S 15°11'46" E, for a distance of 78.54' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6008-2" for an angle point in the east line of Tract RGV-RGC-6008;

- S 56°06'51" E, for a distance of 118.76' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6008-3=6084-4" for the southeast corner of Tract RGV-RGC-6008, said point being in the south line of the remainder of the 3 acre tract and the north line of a called 2.1 acre tract conveyed to David S. Reyes by Correction Deed recorded in Volume 509, Page 291, Official Records of Starr County, Texas;

**Thence:** N 82°27'35" W, with the south line of the remainder of the 3 acre tract and the north line of the 2.1 acre tract, for a distance of 301.12' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6008-4=6084-3" in the south line of Tract RGV-RGC-6008, said point being in the south line of the remainder of the 3 acre tract and the north line of the 2.1 acre tract;

**Thence:** N 82°27'35" W, continuing with the south line of the remainder of the 3 acre tract and the north line of the 2.1 acre tract, for a distance of 25.30' to a calculated point for the southwest corner of Tract RGV-RGC-6008, said point being at the southwest corner of the remainder of the 3 acre tract and the northwest corner of the 2.1 acre tract, said point being on the east bank of the Rio Grande;

**Thence:** with the east bank of the Rio Grande and its meanders, the following courses and distances:

- N 13°30'18" W, for a distance of 2.34' to a calculated point for angle;

- N 25°17'56" W, for a distance of 57.57' to a calculated point for angle;

- N 26°58'59" W, for a distance of 22.72' to a calculated point for angle;

- N 24°59'24" W, for a distance of 69.60' to a calculated point for the northwest corner of Tract RGV-RGC-6008, said point being at the northwest corner of the 3 acre tract and the southwest corner of the remainder of the 22.86 acre tract, said point being on the east bank of the Rio Grande;

**Thence:** S 81°52'03" E (West, Record), departing the east bank of the Rio Grande, with the north line of the 3 acre tract and the south line of the remainder of the 22.86 acre tract, for a distance of 54.35' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6007-2=6008-5" in the north line of Tract RGV-RGC-6008, said point being in the north line of the 3 acre tract and the south line of the remainder of the 22.86 acre tract;

## <u>SCHEDULE C (Cont.)</u>

**Thence:** S 81°52'03" E (West, Record), continuing with the north line of the 3 acre tract and the south line of the remainder of the 22.86 acre tract, passing at 32.36' a found 1/2" iron rod, continuing for a total distance of 217.66' to the **Point of Beginning.**

**SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6084
Owners:  David S. Reyes, Jr., *et al.*
Acres:  0.353

**Being** a 0.353 of one acre (15,392 square feet) parcel of land, more or less, being out of
the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of
Camargo, Mexico, now Starr County, Texas, being out of the south 1 acre of a called 3
acre tract out of Share 19-A as described in Deed of Conveyance recorded in Volume
174, Page 299, Deed Records of Starr County, Texas (First), said 1 acre tract being the
same tract of land conveyed to Concepcion R. de Maldonado, et al by Warranty Deed
recorded in Volume 203, Page 479, Deed Records of Starr County, Texas, and being out
of a called 2.1 acre tract conveyed to David S. Reyes by Correction Deed recorded in
Volume 509, Page 291, Official Records of Starr County, Texas, said parcel of land being
more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod at the southeast corner of the 2.1 acre tract and a
northerly exterior corner of a called 22.18 acre tract conveyed to Rio Water Supply
Corporation by General Warranty Deed recorded in Volume 1219, Page 305, Official
Records of Starr County, Texas, said point being in the east line of Share 14 and the west
line of a called 15.27 acre tract conveyed to Jose Maria Reyes, et al by Partition Deed
recorded in Volume 171, Page 36, Deed Records of Starr County, Texas (Share 15), said
point having the coordinates of N=16658722.915, E=854258.360, said point bears S
48°36'14" W, a distance of 1785.38' from United States Army Corps of Engineers
Control Point No. SS11-2019;

**Thence:** N 80°48'35" W (N 79°58'00" W, Record), departing the west line of the 15.27
acre tract, with the south line of the 2.1 acre tract and the north line of the 22.18 acre
tract, for a distance of 376.58' to a set 5/8" rebar with an MDS LAND SURVEYING
aluminum disk capped survey marker stamped with the following description: "RGV-
RGC-6009-1=6079-1", said point being in the south line of the 2.1 acre tract and the
north line of the 22.18 acre tract;

**Thence:** N 15°11'46" W, departing the north line of the 22.18 acre tract, over and across
the 2.1 acre tract, for a distance of 76.79' to a set 5/8" rebar with an MDS LAND
SURVEYING aluminum disk capped survey marker stamped with the following
description: "RGV-RGC-6079-4=6084-1" for the **Point of Beginning** and southeast
corner of Tract RGV-RGC-6084, said point being in the south line of the 1 acre tract, the
south line of Share 19-A, and the north line of Share 14, said point being within the 2.1
acre tract, said point having the coordinates of N=16658857.162, E=853866.490;

**Thence:** N 81°52'03" W, with the south line of the 1 acre tract, the south line of Share 19-A, and the north line of Share 14, for a distance of 335.40' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6079-3=6084-2" for the southwest corner of Tract RGV-RGC-6084, said point being in the south line of the 1 acre tract, the south line of Share 19-A, and the north line of Share 14, said point being within the 2.1 acre tract;

**Thence:** N 15°09'59" W, departing the south line of Share 19-A and the north line of Share 14, over and across the 1 acre tract and the 2.1 acre tract, for a distance of 49.18' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6008-4=6084-3" for the northwest corner of Tract RGV-RGC-6084, said point being in the north line of the 1 acre tract, the north line of the 2.1 acre tract, and the south line of the remainder of a called 3 acre tract out of Share 19-A as conveyed to Filiberto Sepulveda by Warranty Deed recorded in Volume 182, Page 398, Deed Records of Starr County, Texas, being the same tract of land conveyed to Maria de la Luz S. Rodriguez by Correction Deed recorded in Volume 495, Page 382, Deed Records of Starr County, Texas, being the same tract of land conveyed to Celinda Salinas by Gift Deed recorded in Volume 912, Page 192, Official Records of Starr County, Texas, being the same tract of land conveyed to Roberto Osmar Cuellar by Warranty Deed recorded in Volume 918, Page 699, Official Records of Starr County, Texas, and being the same tract of land conveyed to Reynaldo Sepulveda and Felipa Sepulveda by Warranty Deed recorded in Volume 1045, Page 425, Official Records of Starr County, Texas;

**Thence:** S 82°27'35" E, with the north line of the 1 acre tract, the north line of the 2.1 acre tract, and the south line of the remainder of the 3 acre tract, for a distance of 301.12' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6008-3=6084-4" for the most northerly northeast corner of Tract RGV-RGC-6084, said point being in the north line of the 1 acre tract, the north line of the 2.1 acre tract, and the south line of the remainder of the 3 acre tract;

**Thence:** departing the south line of the remainder of the 3 acre tract, over and across the 2.1 acre tract and the 1 acre tract, the following courses and distances:

- S 56°06'51" E, for a distance of 46.16' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6084-5" for the most easterly northeast corner of Tract RGV-RGC-6084;

- S 15°11'46" E, for a distance of 30.74' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



-RGC-6008_2-15-202

## SCHEDULE D (Cont.)



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 54°19'14" W | 1601.53' | N/A | N/A |
| L2 | S 81°52'03" W | 601.88' | WEST | N/A |
| L3 | S 15°11'46" E | 78.54' | N/A | N/A |
| L4 | S 56°06'51" E | 118.76' | N/A | N/A |
| L5 | N 82°27'35" W | 301.12' | N/A | N/A |
| L6 | N 82°27'35" W | 25.30' | N/A | N/A |
| L7 | N 13°30'18" W | 2.34' | N/A | N/A |
| L8 | N 25°17'56" W | 57.57' | N/A | N/A |
| L9 | N 26°58'59" W | 22.72' | N/A | N/A |
| L10 | N 24°59'24" W | 69.60' | N/A | N/A |
| L11 | S 81°52'03" E | 54.36' | WEST | N/A |
| L12 | S 81°52'03" E | 217.66' | WEST | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16659054.567 | 853700.937 | RGV-RGC-6007-1=6008-1 |
| 2 | 16658978.777 | 853721.523 | RGV-RGC-6008-2 |
| 3 | 16658912.561 | 853820.115 | RGV-RGC-6008-3=6084-4 |
| 4 | 16658952.076 | 853521.596 | RGV-RGC-6008-4=6084-3 |
| 5 | 16658955.395 | 853496.520 | RGV-RGC-6008-4-1=6084-2-3 |
| 6 | 16658957.668 | 853495.974 | RGV-RGC-6008-4-2 |
| 7 | 16659003.719 | 853471.371 | RGV-RGC-6008-4-3 |
| 8 | 16659029.964 | 853461.063 | RGV-RGC-6008-4-4 |
| 9 | 16659093.047 | 853431.660 | RGV-RGC-6008-4-5 |
| 10 | 16659085.358 | 853485.468 | RGV-RGC-6007-2=6008-5 |
| 11 | 16658969.423 | 854296.760 | POC RGV-RGC-6007 6008 |

### LEGEND

| Symbol | Description |
|--------|-------------|
| ● | 5/8" REBAR W/ "MDS" CAP SET |
| ○ | CALCULATED POINT |
| △ | CONTROL POINT |
| DRSC | DEED RECORDS OF STARR COUNTY |
| IPF | 1" IRON PIPE FOUND |
| IRF | 1/2" IRON ROD FOUND |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY |
| PG | PAGE |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCING |
| VOL | VOLUME |

| Symbol | Description |
|--------|-------------|
| ————————— | ACQUISITION BOUNDARY |
| —··—··—··— | ADJOINING ACQUISITION BOUNDARY |
| ∿∿∿∿∿ | BRUSH/VEGETATION |
| — P L — | PROPERTY LINE |
| (✦) | SEE SHEET 6 |



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-618-1818

**METES & BOUNDS SURVEY**
**MARIA DE LA LUZ S. RODRIGUEZ, ET AL**
**TRACT No. RGV-RGC-6008**
**STARR COUNTY                    TEXAS**

MDS PROJ. NO. 23-800400      FILE NAME  RGV-RGC-6008      DATE 9/16/2024

| Mark | Description | Date | Appd |
|------|-------------|------|------|

|  | BY | DATE |
|--|----|----|
| Drawn | LMK | 9/24 |
| Checked | LMK | 9/24 |
| Surveyor | JDB | 9/24 |
| Fld. Bk. # |  |  |

CONTRACT NO.: W91273-14-D-0013
T.O.: W453MA81577S970001



ENGINEERING, INC.
606 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6654
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

## SCHEDULE D (Cont.)

**(10)**
FILIBERTO SEPULVEDA
CALLED 3 ACRES
WARRANTY DEED
VOL. 182, PG. 398 DRSC

MARIA DE LA LUZ S. RODRIGUEZ
REMAINDER OF CALLED 3 ACRES
CORRECTION DEED
VOL. 495, PG. 382 DRSC

MARIA DE LA LUZ RODRIGUEZ,
ET AL.
AFFIDAVIT OF HEIRSHIP
VOL. 1538, PG. 745 ORSC
VOL. 1538, PG. 751 ORSC

REMAINING AREA: 1.555 ACRES

**(2)**
STARR PRODUCE COMPANY
REMAINDER OF
CALLED 22.86 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 19—A)

**(5)**
RIO WATER SUPPLY CORPORATION
CALLED 22.18 ACRES
(21.82 ACRES NET)
GENERAL WARRANTY DEED
VOL. 1219, PG. 305 ORSC

**(4)**
JOSE MARIA REYES, ET AL.
CALLED 15.27 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 15)

**(8)**
CANDELARIO SEPULVEDA
CALLED 3.22 ACRES
AFFIDAVIT OF POSSESSION
VOL. 808, PG. 423 ORSC
(SHARE 18)

**(3)**
DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

**(7)**
MAXIMIANO MALDONADO
CALLED 12.37 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 20)

**(9)**
FILIBERTO SEPULVEDA
CALLED 8.21 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 17)

**(6)**
STARR PRODUCE COMPANY
CALLED 33.17 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 24)

**(11)**
DAVID S. REYES
CALLED 4.475 ACRES
DEED OF GIFT
VOL. 519, PG. 361 ORSC

**(12)**
ROMULO RIOJAS
CALLED 11.99 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 22)

**(10)**
PASCUALA MALDONADO DE
GONZALEZ, ET AL.
REMAINDER OF
CALLED 7.50 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 16)

**(13)**
15' WIDE EASEMENT
& RIGHT—OF—WAY
DEED OF CONVEYANCE
VOL. 174, PG. 299 DRSC
(SECOND)

**(14)**
CONCEPCION R. DE MALDONADO,
ET AL.
CALLED 1 ACRE
WARRANTY DEED
VOL. 203, PG. 479 ORSC

DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

**NOTES:**

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886—1143.
7. TITLE RESEARCH PROVIDED BY CRB—PLS, LLC (DATED JULY 31, 2023).



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10074600
874 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-816-1818

**METES & BOUNDS SURVEY**
MARIA DE LA LUZ S. RODRIGUEZ, ET AL
**TRACT No. RGV-RGC-6008**
STARR COUNTY                    TEXAS

SHEET 6 OF 7



CONTRACT No.: W91270-14-D-0013
T.O.: W4S5M6A1577967D001





## SCHEDULE D (Cont.)



Tract:  RGV-RGC-6008
Owners:  Maria De La Luz S. Rodriguez, *et al.*
Acreage:  0.795

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 48°36'14" W | 1785.38' | N/A | N/A |
| L2 | N 80°48'35" W | 376.58' | N 79°58'00" W | N/A |
| L3 | N 15°11'46" W | 76.79' | N/A | N/A |
| L4 | N 81°52'03" W | 335.40' | N/A | N/A |
| L5 | N 15°09'59" W | 49.18' | N/A | N/A |
| L6 | S 82°27'35" E | 301.12' | N/A | N/A |
| L7 | S 56°06'51" E | 46.16' | N/A | N/A |
| L8 | S 15°11'46" E | 30.74' | N/A | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16658857.162 | 853866.490 | RGV-RGC-6079-4=6084-1 |
| 2 | 16658904.609 | 853534.463 | RGV-RGC-6079-3=6084-2 |
| 3 | 16658952.076 | 853521.596 | RGV-RGC-6008-4=6084-3 |
| 4 | 16658912.561 | 853820.115 | RGV-RGC-6008-3=6084-4 |
| 5 | 16658886.827 | 853858.432 | RGV-RGC-6084-5 |
| 6 | 16658722.915 | 854258.360 | POC RGV-RGC-6009 6079 6084 |

LEGEND

●     5/8" REBAR W/ "MDS" CAP SET

○     CALCULATED POINT

△     CONTROL POINT

DRSC     DEED RECORDS OF STARR COUNTY
IPF     1" IRON PIPE FOUND
IRF     1/2" IRON ROD FOUND
ORSC     OFFICIAL RECORDS OF STARR COUNTY
PG     PAGE
POB     POINT OF BEGINNING
POC     POINT OF COMMENCING
VOL     VOLUME

—————————— ACQUISITION BOUNDARY

—·—··—··—·— ADJOINING ACQUISITION BOUNDARY

〰〰〰〰〰 BRUSH/VEGETATION

———— P L ———— PROPERTY LINE

(#)     SEE SHEET 5



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**DAVID S. REYES, ET AL**
## TRACT No. RGV-RGC-6084
**STARR COUNTY         TEXAS**

| | Mark | Description | Date | Appr. |
|---|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 5/20 |
| Checked | LMK | 5/20 |
| Surveyor | JDB | 5/20 |
| Fld.Bk. # | | |

CONTRACT NO.: W91270-14-D-0013
T.O.: W45XMA81577987.0001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 1010042



**ENGINEERING, INC.**
935 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com



Drawing Ref. No.   SHEET 4 OF 6

U.S. Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-6084    DATE: 5/8/2020

## SCHEDULE D (Cont.)

**(1a)**
DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

CONCEPCION R. DE MALDONADO, ET AL
CALLED 1 ACRE
WARRANTY DEED
VOL. 203, PG. 479 DRSC

REMAINING AREA: 0.496 ACRE

**(1b)**
DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

CONCEPCION R. DE MALDONADO, ET AL
CALLED 1 ACRE
WARRANTY DEED
VOL. 203, PG. 479 DRSC

REMAINING AREA: 0.030 ACRE

**(2)**
FILIBERTO SEPULVEDA
CALLED 3 ACRES
WARRANTY DEED
VOL. 182, PG. 398 ORSC

MARIA DE LA LUZ S. RODRIGUEZ
REMAINDER OF CALLED 3 ACRES
CORRECTION DEED
VOL. 495, PG. 382 DRSC

CELINDA SALINAS
GIFT DEED
VOL. 912, PG. 192 ORSC

ROBERTO OSMAR CUELLAR
WARRANTY DEED
VOL. 918, PG. 699 ORSC

REYNALDO SEPULVEDA
& FELIPA SEPULVEDA
WARRANTY DEED
VOL. 1043, PG. 425 ORSC

**(3)**
STARR PRODUCE COMPANY
REMAINDER OF
CALLED 22.86 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 19-A)

**(4)**
JOSE MARIA REYES, ET AL
CALLED 15.27 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 15)

**(6)**
STARR PRODUCE COMPANY
CALLED 33.17 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 24)

**(7)**
STARR PRODUCE COMPANY
CALLED 12.37 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 20)

**(5)**
RIO WATER SUPPLY CORPORATION
CALLED 22.18 ACRES
(21.82 ACRES NET)
GENERAL WARRANTY DEED
VOL. 1219, PG. 305 ORSC

**(9)**
FILIBERTO SEPULVEDA
CALLED 8.21 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 17)

**(10)**
PASCUALA MALDONADO DE
GONZALEZ, ET AL
REMAINDER OF
CALLED 7.50 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 16)

**(8)**
CANDELARIO SEPULVEDA
CALLED 2.22 ACRES
AFFIDAVIT OF POSSESSION
VOL. 809, PG. 423 ORSC
(SHARE 18)

**(12)**
REYNALDO SEPULVEDA
& FELIPA SEPULVEDA
CALLED 11.989 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
VOL. 1553, PG. 75 ORSC
(SHARE 22)

**(13)**
15' WIDE EASEMENT
& RIGHT-OF-WAY
DEED OF CONVEYANCE
VOL. 174, PG. 299 DRSC
(SECOND)

**(11)**
DAVID S. REYES
CALLED 4.475 ACRES
DEED OF GIFT
VOL. 519, PG. 381 ORSC

**(14)**
DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7288 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | | | | | | BY | DATE |
|---|---|---|---|---|---|---|---|---|
| **METES & BOUNDS SURVEY** | Mark | Description | Date | Appr. | Drawn | LMK | 5/20 |
| **DAVID S. REYES, ET AL** | | | | | Checked | LMK | 5/20 |
| **TRACT No. RGV-RGC-6084** | | | | | Surveyor | JDB | 5/20 |
| **STARR COUNTY** **TEXAS** | | | | | Fld.Bk. # | | |

Drafter: LMK
Drawing Ref. No.
SHEET 5 OF 6

CONTRACT NO.: W91270-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103340


**B&F ENGINEERING, INC.**
608 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-6084    DATE: 5/8/2020

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-6084
Owners:  David S. Reyes, Jr., *et al.*
Acreage:  0.353

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Deed of Conveyance recorded in Volume 174, Page 299, Deed Records of Starr County, Texas and Warranty Deed recorded in Volume 203, Page 479, Deed Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is TWENTY-FIVE THOUSAND SIX HUNDRED THIRTY-SIX DOLLARS AND NO/100 CENTS ($25,636.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-6008:**

The sum estimated as just compensation for the land acquired is TEN THOUSAND THIRTY-SEVEN DOLLARS AND NO/100 CENTS ($10,037.00).

**TRACT RGV-RGC-6084:**

The sum estimated as just compensation for the land acquired is FIFTEEN THOUSAND FIVE HUNDRED NINETY-NINE DOLLARS AND NO/100 CENTS ($15,599.00).

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Maria De La Luz Rodriguez**<br><br>Rio Grande City, TX<br>*Heir of Filiberto Sepulveda* | **RGV-RGC-6008**<br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 745, Document 2018-0341759, Official Public Records, Starr County, Texas<br><br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 751, Document 2018-0341762, Official Public Records, Starr County, Texas<br><br>Deed dated August 10, 1979, recorded on February 18, 1983, in Volume 469, Page 77, Document 1979-116073, Official Public Records, Starr County, Texas<br><br>Correction Deed, dated August 29, 1984, recorded on August 30, 1984, in Volume 0495, Page 382, Document 1984-123918, Official Public Records, Starr County, Texas<br><br>Warranty Deed dated February 5, 1953, and recorded on February 10, 1953, in Volume 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **Reynaldo Sepulveda**<br><br>Rio Grande City, TX<br>*Heir of Filiberto Sepulveda* | **RGV-RGC-6008**<br>Gift Deed with Life Estate, dated September 3, 2004, recorded on September 3, 2004, in Vol. 1012, Page 683, Document |

| | |
|---|---|
| | 2004-240566, Official Public Records, Starr County, TX<br><br>Warranty Deed, dated June 1, 2005, recorded on June 2, 2005, in Vol. 1045, Page 425, Document 2005-00246965, Official Public Records, Starr County, TX<br><br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 745, Document 2018-0341759, Official Public Records, Starr County, Texas<br><br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 751, Document 2018-0341762, Official Public Records, Starr County, Texas<br><br>Warranty Deed dated February 5, 1953, and recorded on February 10, 1953, in Volume 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **Celinda S. Salinas**<br>██████████<br>Rio Grande City, TX ████<br>*Heir of Filiberto Sepulveda* | **RGV-RGC-6008**<br>Gift Deed, dated October 18, 2001, recorded on October 18, 2001, in Vol. 0912, Page 192, Document 2001-218583, Official Public Records, Starr County, TX<br><br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 745, Document 2018-0341759, Official Public Records, Starr County, Texas<br><br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 751, Document 2018-0341762, Official Public Records, Starr County, Texas |

| | |
|---|---|
| | Warranty Deed dated February 5, 1953, and recorded on February 10, 1953, in Volume 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **Roberto O. Cuellar**<br>▬▬▬▬▬<br>Rio Grande City, TX ▬▬▬<br>*Heir of Filiberto Sepulveda* | **RGV-RGC-6008**<br>Warranty Deed, dated November 28, 2001, recorded on January 8, 2002, in Volume 0918, Page 699, Document 2002-220127, Official Public Records, Starr County, Texas<br><br>Warranty Deed dated February 5, 1953, and recorded on February 10, 1953, in Volume 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **San Juanita Sepulveda**<br>▬▬▬▬▬<br>Rio Grande City, TX ▬▬▬<br>*Heir of Filiberto Sepulveda* | **RGV-RGC-6008**<br>Warranty Deed, dated August 10, 2021, recorded on September 17, 2021, Document 2021-364479, Official Public Records, Starr County, TX<br><br>Warranty Deed dated February 5, 1953, and recorded on February 10, 1953, in Volume 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **Sylvia S. Ramos**<br>▬▬▬▬▬<br>Mission, TX ▬▬▬<br>*Heir of Cipriana S. Sandoval/Filiberto Sepulveda*<br><br>**Noe Sandoval**<br>▬▬▬▬▬<br>La Vernia, TX ▬▬▬<br>*Heir of Cipriana S. Sandoval/Filiberto Sepulveda* | **RGV-RGC-6008**<br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 747, Document 2018-00341760, Official Public Records, Starr County, Texas<br><br>Affidavit of Heirship dated March 16, 2018, recorded on March 22, 2018, in Volume 1538, Page 749, Document 2018-00341761, Official Public Records, Starr County, Texas |

| | |
|---|---|
| | Warranty Deed dated February 5, 1953, and recorded on February 10, 1953, in Volume 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **Rebecca Sepulveda**<br><br>Rio Grande City, TX ████<br>*Heir of Filiberto Sandoval* | **RGV-RGC-6008**<br>Warranty Deed dated February 5, 1953, and recorded on February 10, 1953, in Volume 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **Unknown heirs/devisees of Leonarda Riojas aka Leonarda Riojas Sepulveda** | **RGV-RGC-6008**<br>Warranty Deed; dated February 5, 1953; recorded on February 10, 1953, in Vol. 182, Page 398, Document 1953-36996, Official Public Records, Starr County, Texas |
| **Marinela F. Reyes**<br><br>Rio Grande City, TX ████<br>*Widow/Heir of David S. Reyes, Sr./Heir of Rosalio Reyes, Jr./Rosalio Reyes, Sr.*<br><br>**Julissa E. Garcia**<br><br>McAllen, TX ████<br>*Heir of David S. Reyes, Sr./Heir of Rosalio Reyes, Jr./Rosalio Reyes, Sr.*<br><br>**David F. Reyes, Jr.**<br><br>Pasedena, TX ████<br>*Heir of David S. Reyes, Sr./Heir of Rosalio Reyes, Jr./Rosalio Reyes, Sr.*<br><br>**Maria E. Bazan**<br><br>McAllen, TX ████<br>*Heir of David S. Reyes, Sr./Heir of Rosalio Reyes, Jr./Rosalio Reyes, Sr.* | **RGV-RGC-6008**<br>Deed of Conveyance dated February 18, 1952; recorded on March 21, 1952 in Volume 174, Page 299, Document 1952-35214, Official Public Starr County, Texas<br><br>Warranty Deed dated December 31, 1952; recorded on January 14, 1953 in Volume 182, Page 116, Document 1953-36865, Official Public Starr County, Texas<br><br>Warranty Deed; dated June 23, 1955; recorded June 23, 1955 in Volume 203, Page 479, Document 1955-41533, Official Public Starr County, Texas<br><br>Warranty Deed; dated January 17, 1958; recorded on January 25, 1958 in Volume 233, Page 429, Document 1958-48226, Official Public Starr County, Texas<br><br>**RGV-RGC-6084**<br>Quitclaim Deed dated July 5, 1983, recorded on July 8, 1983, in Volume 475, |

| | |
|---|---|
| | Page 734, Document No. 1983-118077, Official Public Records, Starr County, Texas<br><br>Correction Deed dated January 7, 1985 recorded on May 20, 1985, in Volume 509, Page 291, Document No. 1985-127532, Official Public Records, Starr County, Texas |
| **Unknown heirs/devisees of Concepcion Maldonado**<br><br>**Unknown heirs/devisees of Leonel Maldonado, Sr.**<br><br>**Unknown heirs/devisees of Reynaldo Maldonado, deceased**<br><br>**Unknown heirs/devisees of Paula Abergo** | **RGV-RGC-6084**<br>Warranty Deed dated June 23, 1955, recorded on June 23, 1955, in Volume 203, Page 479, Official Public Records, Starr County, Texas |
| **Rio Grande City Consolidated Independent School District**<br>P.O. Box 91<br>Rio Grande City, Texas 78582<br><br>**South Texas College**<br>100 N. FM 3167, Ste. 200<br>Rio Grande City, Texas 78582<br><br>**Starr County, Texas**<br>100 N. FM 3167, Ste. 200<br>Rio Grande City, Texas 78582 | **RGV-RGC-6008/RGV-RGC-6084**<br>Abstract of Judgment, Cause No. TS-99-180, in the 229th Judicial Court of Starr County, Texas, dated August 2, 2007, recorded on March 24, 2009, in Volume 1229, Page 68, Document No. 2009-281481, Official Records, Starr County, Texas. |
| **Ameida Salinas,**<br>**Starr County Tax Assessor**<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-6008/RGV-RGC-6084**<br>Sepulveda Filiberto Heirs<br>Account No. 0024848<br>AB 83 POR 73 A DELAGARZAPT SH 19-A<br><br>Maria De La Luz Rodriguez<br>Account No. 0041752<br>AB 83 POR 73 A DELA GARZAPT SH 19-A |

| | David S. Reyes, et al<br>Account No. 0036636<br>AB 83 POR 73 A DELA GARZAPT SH 19-A |
|---|---|