United States District Court
Southern District of Texas
**ENTERED**
June 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:25-CV-00200 |
| § | |
| 1.148 ACRES OF LAND, MORE OR LESS, *et* § | |
| *al.*, § | |
| § | |
| Defendants. § | |

### ORDER DISMISSING DEFENDANT JULISSA E. GARCIA

Upon consideration of the Notice of Disclaimer filed by Plaintiff, regarding the Disclaimer executed by Defendant Julissa E. Garcia (Dkt. No. 9), the Court hereby **ORDERS** that this Defendant is **DISMISSED** without prejudice from this cause. *See* FED. R. CIV. P. 71.1(i)(2), (3).

SO ORDERED June 20, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge